# Supreme Court of Florida

THURSDAY, OCTOBER 12, 2023

| | |
|---|---|
| University of Florida Board of Trustees, et al., | **SC2022-0068** |
| Petitioner(s) | Lower Tribunal No(s).: |
| v. | 1D21-634 |
| | 012019CA001827XXXXXX |
| Laurie Carmody, | |
| Respondent(s) | |

Petitioners' "Motion for Rehearing" is hereby denied.

MUÑIZ, C.J., and CANADY, LABARGA, COURIEL, GROSSHANS, and FRANCIS, JJ., concur.
LABARGA, J., concurs with an opinion.
SASSO, J., did not participate.

LABARGA, J., concurring.

While I agree that rehearing on the merits is not warranted, I do adhere to my concurring in result, dissenting in part opinion, where I dissented to the majority's unilateral decision to amend Florida Rule of Appellate Procedure 9.130. *See Univ. of Fla. Bd. of Trs., et al. v. Carmody*, 48 Fla. L. Weekly S150, S154 (Fla. July 6, 2023) (Labarga, J., concurring in result, dissenting in part).

**CASE NO.:  SC2022-0068**
Page Two

A True Copy
Test:

SC2022-0068 10/12/2023

John A. Tomasino
Clerk, Supreme Court
SC2022-0068 10/12/2023



SO

Served:

Jessica N. Cochran
Kansas R. Gooden
Dimitrios A. Peteves
Bryan S. Gowdy
Andrew S. Bolin
Francis E. Pierce, III
Kennan G. Dandar
Timothy M. Dandar
Adam Richardson
Christine R. Davis
1DCA Clerk